# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| WILLIE DAVIS DEWHART | Case No.   2:00CR97-ID-01 |
| | USM No.   09432-002 |
| | Susan G. James |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☒ was found in violation of condition(s) count(s)   1 and 2 of violations report   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Defendant committed another federal, state or local crime | 3/27/2006 |
| 2. | Defendant illegally possessed a controlled substance | 3/27/2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)   3 of violations report   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   8564

Defendant's Year of Birth:   1956

City and State of Defendant's Residence:
   Montgomery, Alabama

October 27, 2009
Date of Imposition of Judgment

_(signature)_
Signature of Judge

MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

30 October 2009
Date

Judgment — Page  2  of  2

| DEFENDANT: | WILLIE DAVIS NEWHART |
|---|---|
| CASE NUMBER: | 2:00CR97-ID-01 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of : Thirty six (36) months. This term shall be ordered concurrent to any term of imprisonment imposed in case number 2:06cr94-WKW. Pursuant to 18 U.S.C. § 3553(c)(2), the Court sentences defendant outside the advisory guideline range due to the nature and circumstances of the offense and the history and characteristics of the defendant. The sentence is also imposed outside the advisory range to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment for the offenses, to afford adequate deterrence to criminal conduct, to protect the public from further crimes of the defendant, and to provide the defendant with needed correctional treatment in the most effective manner.

X  The court makes the following recommendations to the Bureau of Prisons:
   The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available. The Court further recommends that defendant be designated to a facility where he can receive educational courses and vocational training as well as a facility to receive treatment for drugs as ordered.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL